Case 4:18-cr-00153-Y   Document 1   Filed 03/14/18   Page 1 of 2   PageID 1



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-MJ-165 |
| KYLE EDWARD DAQUILLA (01) | |

### CRIMINAL COMPLAINT

Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about March 1, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Kyle Edward Daquilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

### Introduction

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

2. I have participated in and am familiar with this investigation through interviews, surveillance, and police reports.

3. This affidavit is submitted in support of an application for a criminal complaint.

### Facts

4. On March 1, 2018, Texas Department of Public Safety (DPS) Criminal Investigations Division executed a search warrant on room 220 at the Extended Stay American Hotel, located at 5831 Overton Ridge Boulevard in Fort Worth, Texas.

Criminal Complaint - Page 1 of 2

Kyle Edward Daquilla, a felon, had previously occupied the hotel room. DPS recovered a firearm and over 500 grams of methamphetamine, and an amount of cocaine and marijuana. Daquilla admitted to possessing the firearm and drugs.

5. Prior to the execution of the search warrant, DPS saw Daquilla exit his hotel room and enter a blue Infinity vehicle with New Mexico license plates. DPS knew Daquilla was a felon. DPS conducted a traffic stop, and detained Daquilla. During the traffic stop, DPS observed a holster to a handgun in the front seat of the vehicle. DPS searched the vehicle and located a firearm in the glove box. Daquilla also possessed two key cards that were later used to gain entry into Daquilla's hotel room. Daquilla admitted to possessing the firearm.

Based on the foregoing, I believe Kyle Edward Daquilla has violated 21 U.S.C. § 841(a)(1) and (b)(1)(B).

Chris Smith
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SWORN AND SUBSCRIBED before me, at 2:02 am/pm this 14TH day of March, 2018, in Fort Worth, Texas.

HAL R. RAY, JR.
United States Magistrate Judge