UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:18-MJ-165 |
| | § | |
| KYLE EDWARD DAQUILLA | § | |

## NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 05/10/2018                              s/Jaidee Serrano
                                               JAIDEE SERRANO
                                               Assistant Federal Public Defender
                                               Northern District of Texas
                                               CA State Bar No. 300352
                                               819 Taylor Street, Room 9A10
                                               Fort Worth, Texas 76102
                                               (817) 978-2753

## CERTIFICATE OF SERVICE

I, Jaidee Serrano, hereby certify that on this the 10th day of May 2018, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

                                               s/Jaidee Serrano
                                               JAIDEE SERRANO