IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| V. | § NO. 4:18-MJ-165 |
| KYLE EDWARD DAQUILLA | § § |

### WAIVER OF PRELIMINARY EXAMINATION

I understand that I have been charged in a complaint pending in this district. Having appeared before this Court and been advised of my rights including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination.

5/15/18
Date

Kyle Edward Daquilla, Defendant

Counsel for Defendant