IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| KYLE EDWARD DAQUILLA (01) | 4-18CR0153 Y |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about March 1, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Kyle Edward Daquilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

Indictment – Page 1

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

KYLE EDWARD DAQUILLA (01)

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(B)
Possession with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

DALLAS                                                                                       FOREPERSON

Filed in open court this 11th day of July, 2018.

Defendant in Federal Custody since 05/10/2018

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:18-MJ-165-BJ