UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:18-CR-00153-Y |
| | § | |
| KYLE EDWARD DAQUILLA (1) | § | |

**ORDER OF REFERRAL FOR ARRAIGNMENT
AND RECEIPT OF NOT GUILTY PLEA**

The above-styled and numbered cause is hereby REFERRED to UNITED STATES MAGISTRATE JUDGE JEFFREY L. CURETON for arraignment at **9:30 a.m. on July 18, 2018. All attorneys must be in Court by 9:00 a.m. to insure a timely start of the arraignment hearing.** Defense counsel is ORDERED to **IMMEDIATELY** notify Carmen Bush at 817-850-6673, if an interpreter will be needed at the arraignment.

If you and your client desire to waive your client's right to be present at arraignment, the attached Waiver of Arraignment and Entry of Not Guilty Plea must be completed, signed, and returned (**not filed**) to Julie Harwell, United States District Clerk's Office, 501 W. 10th Street, Room 310, Fort Worth, TX 76102, no later than noon the day before your arraignment is set. If the waiver is timely submitted, you and your client will not be required to appear at arraignment. Otherwise, you and your client must be present at the arraignment on the date and time stated above.

SIGNED July 13, 2018.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:18-CR-00153-Y |
| | § | **(This document *cannot* be e-filed.)** |
| KYLE EDWARD DAQUILLA (1) | § | |

## <u>WAIVER OF ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA</u>

Pursuant to Fed. R. Crim. P. 10(b), the above-named defendant waives the right to be present at arraignment.  The defendant affirms having received a copy of the indictment in the above-captioned case, and reviewing the indictment with counsel.  The defendant acknowledges and understands the general nature of the charges against the defendant.

With the advice and consent of counsel, the defendant hereby waives the right to be present at arraignment and enters a plea of NOT GUILTY to each count charged.


_____          Date: _____
Defendant


_____          Date: _____
Defense Counsel


Accepted by the Court this ____ day of _____ 2018.



_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE