UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:18-CR-00153-Y |
| Defendant: | KYLE EDWARD DAQUILLA (01), Sworn |
| Court Reporter: | Denver Roden |
| Interpreter: | n/a |
| US Attorney: | Frank Gatto-DOJ for Chris Wolfe-DOJ |
| Defense Attorney: | Brook Antonio-FPD for Jaidee Serrano - FPD |
| Time in Court: | 6 min. |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | July 18, 2018 |
| Status: | KYLE EDWARD DAQUILLA (01) enters a plea of not guilty as to count one charged in the one-count indictment.<br>Pre-Trial Conference is set for September 20, 2018, at 3:00 p.m.<br>Trial is set for September 24, 2018, at 1:30 p.m.<br>Defendant waived reading of the indictment.<br>Deft's detention continued. |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Michelle Moon |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 1 8 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Other Information: