```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

UNITED STATES OF AMERICA         §
                                 §
VS.                              §   ACTION NO. 4:18-CR-153-Y
                                 §
KYLE EDWARD D'AQUILLA (1)        §

<u>ORDER GRANTING FIRST MOTION FOR CONTINUANCE</u>

Pending before the Court is Defendant's Unopposed Motion to Continue Trial (doc. 20). After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, Defendant's Motion to Continue Trial is GRANTED. The trial of this cause is CONTINUED until **1:30 p.m.** on **Monday, October 29, 2018.** The pretrial conference is CONTINUED until **3:00 p.m.** on **Thursday, October 25.**

It is further ORDERED that the scheduling order previously issued in this cause is hereby MODIFIED as follows:

(1) the deadline for filing witness and exhibit lists is EXTENDED until **October 23;** and

(2) the deadline for exchanging exhibit notebooks is EXTENDED until **October 25.**

SIGNED September 6, 2018.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE