U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 2 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-153-Y |
| | [Supersedes Indictment Returned on July 11, 2018.] |
| KYLE EDWARD DAQUILLA (01) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about March 1, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Kyle Edward Daquilla** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Robert J. Boudreau

ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455