UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:18-CR-00153-Y |
| Defendant: | KYLE EDWARD DAQUILLA (01), Sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US Attorney: | Robert J Boudreau-DOJ —Shawn Smith |
| Defense Attorney: | Cody Lee Cofer |
| Time in Court: | 6 min |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | December 19, 2018 |
| Status: | KYLE EDWARD DAQUILLA (01) enters a plea of guilty as to count one charged in the one-count information.<br>Deft TBS: 10:00 a.m. on April 23, 2019<br>PSI Referral Form to defendant's attorney.<br>Scheduling order to follow<br>Deft's detention continued. |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

*[Stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DEC 19 2018, CLERK, U.S. DISTRICT COURT, By ___ Deputy]*

Correct name spelling is d'Aquilla