# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means** PRESIDING  
COURT REPORTER/TAPE: Ana Warren  
DEPUTY CLERK: Michelle Moon  
USPO: Javier Lujan  
LAW CLERK: ___  
INTERPRETER: ___  
CSO: Ted Carmean

---

CR. No. **4:18-CR-153-Y**    DEFT. No. **(1)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Robert J. Boudreau, AUSA |
| v. | § | |
| KYLE EDWARD D'AQUILLA | § | Cody L. Cofer (A) |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: **4-23-19**  
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary  
Time in Court: **24 mins.**  
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered  
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None  
Days in Trial: ___  
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held.  ☐ Objections to PSI heard.  ☒ Plea agreement accepted.  ☐ Plea agreement NOT accepted.  
☐ Sentencing Guidelines  ☐ Departs Upward  ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for ___.  
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of **188 months**.  
☒ .. Deft. placed on: Supervised Released for **3 years**.  
☐ .. Restitution ordered in the amount of $___ and/or Fine imposed in the amount of $___.  
☒ .. Count(s) **1(orig. indictment)** dismissed on government's motion.  
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.  
☒ .. $ **100.00** special assessment on Count(s) **1**  
of ☐ Complaint ☐ Indictment ☐ Information ☐ Superseding Indictment ☒ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on ___.  
☐ ...... Deft failed to appear, bench warrant to issue.  
☐ ...... Bond ☐ continued ☐ revoked  
☒ ...... Deft Advised of his right to appeal.  
☐ ...... Deft requests Clerk to enter notice of Appeal.  
☒ ...... Deft Custody/Detention continued.  
☒ ...... ~~Deft REMANDED to custody~~  Court recommends incarceration at **FCI Coleman Medium, Sumterville, FL**.

**FILED**  
**April 23, 2019**  
KAREN MITCHELL  
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: **Attorney Admissions (2)**

MO-1 (3/07)

Case 4:18-cr-00153-Y   Document 49   Filed 04/23/19   Page 1 of 1   PageID 159